Thomas M. Jones (WSBA No. 13141)
Craig H. Bennion (WSBA No. 11646)
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, WA 98101-3071
Telephone:(206) 340-1000

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Jointly Administered Under Case No. 04-00757-W11 |
| METROPOLITAN MORTGAGE & SECURITIES CO., INC., | Chapter 11 |
| Debtor. | |
| In re | (Jointly Administered) |
| SUMMIT SECURITIES, INC., | |
| Debtor. | |
| In re | Case No. 04-00756-W1B |
| METROPOLITAN INVESTMENT SECURITIES, INC., | |
| Debtor. | Adversary Proceeding No._____ |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania Corporation, and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a Alaska Corporation, | COMPLAINT BY NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. & AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY FOR INTERPLEADER AND FOR DECLARATORY RELIEF |
| Plaintiffs, | |
| v. | |
| METROPOLITAN MORTGAGE & SECURITIES CO., INC., a Washington Corporation; SUMMIT SECURITIES,INC., an Idaho Corporation; METROPOLITAN INVESTMENT SECURITIES, INC., a Washington | |

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 1 -

SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101

| | |
|---|---|
| 1 | Corporation; |
| | BRUCE BOYDEN, as Trustee for the |
| 2 | Chapter 7 estate of METROPOLITAN |
| | INVESTMENT SECURITIES, INC.; |
| 3 | OLD STANDARD LIFE INSURANCE |
| | COMPANY, an Idaho Corporation; |
| 4 | WESTERN UNITED LIFE |
| | ASSURANCE COMPANY, a |
| 5 | Washington Corporation; |
| | OLD WEST ANNUITY AND LIFE |
| 6 | INSURANCE COMPANY, an Arizona |
| | Corporation; |
| 7 | METWEST MORTGAGE SERVICES, |
| | INC., a Washington Corporation; |
| 8 | JAGUAR VENTURES, INC., an Idaho |
| | Corporation; |
| 9 | C. PAUL SANDIFUR, JR., an |
| | individual; |
| 10 | PHILIP SANDIFUR, an individual; |
| | SHELLY SANDIFUR, an individual; |
| 11 | HELEN E. SANDIFUR, an individual; |
| | WILLIAM A. SMITH, an individual; |
| 12 | REUEL C. SWANSON, an individual; |
| | IRV MARCUS, an individual; |
| 13 | HAROLD W. ERFURTH, an |
| | individual; |
| 14 | GARY BRAJCICH, an individual; |
| | SAMUEL H. SMITH, an individual; |
| 15 | JOHN TRIMBLE, an individual; |
| | WILLIAM D. SNIDER, an individual; |
| 16 | ROBERT A. NESS, an individual; |
| | ELAINE HOSKIN, an individual; |
| 17 | BRUCE BLOHOWIAK, an individual; |
| | STEVE CROOKS, an individual; |
| 18 | MIKE KIRK, an individual; |
| | ERIK SKAGGS, an individual; |
| 19 | TOM TURNER, an individual; |
| | GREGORY STRATE, an individual; |
| 20 | ROBERT K. POTTER, an individual; |
| | JAMES V. HAWKINS, an individual; |
| 21 | CLAYTON RUDD, an individual; |
| | RONALD PELLIGRINO, an |
| 22 | individual; |
| | DIANA ABKEN, an individual; |
| 23 | DANIEL ADAMS, an individual; |
| | SUZANNE T. ADAMS, an individual; |
| 24 | GORDON ADAMS, an individual; |
| | ELIZABETH ADAMS ARMSTRONG, |
| 25 | an individual; |
| | E. GLEN ADKINS, an individual; |
| 26 | ADVISORY ASSOCIATES RIA, an |
| | unknown entity; |
| 27 | DALE V. AGUILAR, an individual; |
| | JEFFREY C. ALBERS, an individual; |
| 28 | |

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 2 -

SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071

| | |
|---|---|
| 1 | STEPHEN F. ALBERS, an individual; KENT ALTHOFF, an individual; |
| 2 | WILFRID ALVAREZ, an individual; H. DEAN ANDERSON, an individual; |
| 3 | PATTI L. ANDERSON, an individual; ANTHONY R. ANDRE, an individual; |
| 4 | KAREN ARSENEAULT, an individual; |
| 5 | B. TODD BAILEY, an individual; RICK BAILEY, an individual; |
| 6 | CHARLES C. BAKER, JR., an individual; |
| 7 | MICHAEL J. BARNES, an individual; BRUCE BARNETT, an individual; |
| 8 | ROBERT BARNETT, an individual; CORYNNE L. BEAUDRY, an |
| 9 | individual; WILLIAM G. BECKERS, an |
| 10 | individual; MICHAEL BEHRMAN, an individual; |
| 11 | JIM BELL, an individual; ROBERT M. BIERMAN, an |
| 12 | individual; KELLY D. BIRD, an individual; |
| 13 | GARY C. BLAZEK, an individual; GERALD L. BLISS, an individual; |
| 14 | SYDNEY K. BLOCK, an individual; BARTHOLOMEW J. BRADY- |
| 15 | CIAMPA, an individual; MARGUERITE J. BRADY-CIAMPA, |
| 16 | an individual; KENNETH L. BRENSDAL, an |
| 17 | individual; CHARLES A. BROWN JR., an |
| 18 | individual; MARTHA A. BROWN, an individual; |
| 19 | ROSS E. BRUNER, an individual; MICHAEL V. BURKE, an individual; |
| 20 | TIMOTHY M. BURKE, an individual; SCOTT R. BURKS, an individual; |
| 21 | AARON BURNS, an individual; JAMES H. BURNS, an individual; |
| 22 | BRUCE BUSHMAN, an individual; ANTHONY C. BYRD, an individual; |
| 23 | RICHARD D. BYRD, an individual; DAVID C. CARLSON, an individual; |
| 24 | SHARI BARNES CARLSON, an individual; |
| 25 | JOSEPH CARRANO, an individual; LARRY D. CARRELL, an individual; |
| 26 | ALAN CARTER, an individual; SAMUEL D. CASTORENA, an |
| 27 | individual; WILLIAM "MARC" CHARLES, an |
| 28 | |

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 3 -

SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071

individual;
TRUDIE CHRISTIANSEN, an individual;
KEVIN D. CLEGG, an individual;
VERN M. CLEMENSON, an individual;
NATHAN A. CLINE, an individual;
RANDY L. COMBEST, an individual;
KAREN M. CONNOLLY, an individual;
SCOTT T. CORDELL, an individual;
DANE F. CORDSEN, an individual;
SUSAN B. CORDSEN, an individual;
THOMAS C. COULSON, an individual;
HOLLY COWDELL, an individual;
KIM L. COWDELL, an individual;
MARK COWDELL, an individual;
MICHAEL LOUISE CULBERTSON, an individual;
EDWARD S. DAVIS, an individual;
DAVID L. DEFFINBAUGH, an individual;
JEFFREY S. DEMOTT, an individual;
MICHAEL DEMOTT, an individual;
ROBERT DEWITT, an individual;
ROBERT S. DEWITT, an individual;
SEAN M. DOONEY, an individual;
KIMBALL R. DOXEY, an individual;
ARNITA C. DUKES, an individual;
JANIE L. EASTER, an individual;
EDWARDS & ASSOCIATES
FINANCIAL SERVICES INC., an Oregon Corporation;
ALLYN EDWARDS, an individual;
ALLYN W. EDWARDS, an individual;
DIANE MARIE EDWARDS, an individual;
RICKEY L. EVERTS, an individual;
BRETT F. EWING, an individual;
GEORGE F. EWING, an individual;
MICK L. FARRELL, an individual;
JAMES J. FEIST, an individual;
DANIEL T. FENLEY, an individual;
CHARLES FISCHER, an individual;
TERRY L. FLEISCHMAN, an individual;
JOANNE FLYNN, an individual;
MARY D. FOFT, an individual;
GEOFFREY A. FOX, an individual;
KIM FRIES, an individual;
DOUGLAS A. FRY, an individual;
ANGUS J. GEYER, an individual;
CRAIG GOODMAN, an individual;

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 4 -

SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071

1  SETH E. GRANO, an individual;
   STEVEN J. GRAVES, an individual;
2  DENNIS M. GREEN, an individual;
   STEPHANIE D. GRIFFIN, an
3  individual;
   ALAN CASEY GRIMM, an individual;
4  HAROLD HAKES, an individual;
   LAWRENCE W. HALE, an individual;
5  JOHN E. HAMILTON, an individual;
   DWIGHT L. HAMMACK, an
6  individual;
   JAMES F. HANSEN, an individual;
7  DENTON W. HARDEE, SR., an
   individual; STEVE HAUG, an
8  individual;
   ROGER HEITHAUS, an individual;
9  ROBIN L. HELMS, an individual,
   DAVID OWEN HESS, an individual;
10 COLLEEN R. HILL, an individual;
   STEVEN H. HOLMES, an individual;
11 BARRY HOOPES, an individual;
   ROBERT J. HOOVER, an individual;
12 ANTHONY HORPEL, an individual;
   LEE M. HOWE, an individual;
13 GARY T. HUNDEBY, an individual;
   JUDITH HUNDEBY, an individual;
14 WILLIAM C. HUNT, an individual;
   JAMES B. HUNTER, an individual;
15 IMIS, an unknown entity;
   IMIS ADMIN, an  unknown entity;
16 INSTITUTIONAL SALES GROUP, an
   unknown entity;
17 EMILY G. IRISH, an individual;
   IRVING & ASSOCIATES
18 INSURANCE SERVICES INC., a
   California Corporation; JUSTIN T.
19 IRVING, an individual; BOB A.
   JACKSON, an individual;
20 CRAIG JEWETT, an individual;
   CLIFF JOHANNING, an individual;
21 EDWARD H. JOHN, an individual;
   DONALD R. JOHNSON, an
22 individual;
   RICHARD H. KINGSLEY, an
23 individual;
   KEVIN KNAPP, an individual;
24 JAMES B. KONEK, an individual;
   KOVACK SECURITIES INC., a
25 Florida Corporation;
   SHAYNE D. KUEBLER, an individual;
26 CHRISTOPHER L. LANDA, an
   individual;
27 WILLLIAM B. LANEY JR., an
   individual;
28

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 5 -

SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071

PETER J. LANEY, an individual;
THOMAS L. LARSON, an individual;
WILLIAM R. LATIMER III, an
individual; MICHAEL D. LAWS, an
individual;
JAMES W. LEE JR., an individual;
JOSEPH LEE, an individual;
G. TAD LINDSEY, an individual;
LLC ELITE INVESTMENTS, an
unknown entity;
SHANNON T. LOUGHERY, an
individual;
LORRAINE M. LUCAS, an individual;
VALERIE MACIVER, an individual;
JEANETTE L. MACK, an individual;
EDWARD V. MANGIS, an individual;
JEFFREY B. MARASSO, an
individual;
JEANETTE MARTIN, an individual;
LORI MASTERSON, an individual;
GAIL K. MATSUSHIMA, an
individual;
RONALD H. MAYFIELD, an
individual;
PAMELA S. MCCLENNY, an
individual;
JEFF D. MCELROY, an individual;
JERRY K. MCFARLANE, an
individual;
ALVIN MCGILL, an individual;
SHAWNA M. MCKINNEY, an
individual;
MICHAEL H. MCMILLEN, an
individual;
WHITNEY L. MCQUEEN, an
individual; TED R. METOYER, an
individual; MILLER & LAWS
ASSOCIATES LLC, a Washington
Limited Liability Company;
LAMAR MILLER, an individual;
ANNETTE O. MILLER, an individual;
MURIEL F. MILLER, an individual;
NATHAN M. MINZGHOR, an
individual;
RYAN R. MOFFATT, an individual;
MICHAEL MORRIS, an individual;
TYLER J. NAGEL, an individual;
RICHARD NAIL, an individual;
WILLIAM G. NIXON, an individual;
CHARLES F. NOEL, an individual;
MAURICE NOLLETTE, an individual;
JAMES F. O'CONNELL, an
individual;
KRISTINE O'CONNELL, an

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 6 -

SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071

individual; O'HARA INVESTMENT
SERVICES, P.C., a Montana
Corporation;
DAVID A. O'HARA, an individual;
DWIGHT O'HARA, an individual;
TONI-JEAN M. O'HARA, an
individual; ALFRED OLSEN, an
individual; DIANA M. ORTIZ, an
individual; OXFORD FINANCIAL
GROUP INC., a Utah Corporation;
PJM & ASSOCIATES INC., an Oregon
Corporation; PATRICIA J. SEARS-
MILLION, an individual; WILLIAM E.
SEARS, an individual; PACIFIC
WEST SECURITIES INC., a
Washington Corporation; LAURIE L.
PAGE, an individual;
THOMAS O. PARK, an individual;
BRUCE J. PATRAS, an individual;
JOHN M. PEARSON, an individual;
MICHELE P. PEDERSON, an
individual; RONALD N.
PELLEGRINO, an individual;
PATRICK G. PETERSON, an
individual; RYAN S. PETERSON, an
individual; CHARLES J. PHELAN, an
individual; DAVID PIDCOCK, an
individual; TONY PIZELO, an
individual;
AARON V. PORTER, an individual;
K. BYRON PORTER, an individual;
PAUL D. PRATT, an individual;
BRENT PRICE, an individual;
PROACTIVE FINANCIAL, an
unknown entity;
MICHAEL L. PROFFITT, an
individual; CHRISTOPHER
RACICOT, an individual;
BERTHOLD REGAR, an individual;
ALFRED N. RETTENMIER, an
individual;
MARVIN RAY REYNOLDS, an
individual;
PETER F. REYNOLDS, an individual;
STEPHEN C. RILEY, an individual;
MARILOU ROWE, an individual;
SACCOMANNO FINANCIAL
SERVICES INC., a Washington
Corporation; MARIO J.
SACCOMANNO, an individual;
RANDAL SACCOMANNO, an
individual;
RYAN S. SACCOMANNO, an
individual;

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 7 -

SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071

1 RONALD J. SACCOMANNO, an
individual;
2 JAGDISH KUMAR SAINI, an
individual;
3 GREGORY A. SANGSTER, an
individual;
4 RAFAEL F. SANTIAGO, an
individual;
5 RICHARD R. SASSARA II, an
individual;
6 MARK SATHER, an individual;
LEE SCHARENBERG, an individual;
7 DAVID SCHWARTZ, an individual;
FINANCIAL SERVICES
8 INTERNATIONAL CORPORATION,
a corporation;
9 ROBERT W. SCHWARTZ, an
individual;
10 JAMES A. SCHWARZ, an individual;
ROBERT W. SCHWARZ, an
11 individual;
STEVEN L. SEVERSON, an
12 individual;
DANIEL D. SHEA, an individual;
13 DAVID LARRY SMITH, an
individual;
14 DAVID SMITH, an individual;
JENNIFER L. SMITH, an individual;
15 DIANE L. SNYDER, an individual;
DALE SOUTAS, an individual;
16 DONNA M. STEFFENS, an individual;
TERRY E. STRATTON, an individual;
17 JOHN STRINGHAM, an individual;
JOHN B. SULLIVAN, an individual;
18 CHRISTOPHER SULLIVAN, an
individual;
19 CALVIN R. TADEMA, an individual;
RODNEY E. TAVERNA, an
20 individual;
RICHARD TAVIS, an individual;
21 RICHARD H. TAYLOR, an individual;
PAUL C. THEILE, an individual;
22 JOYCE A. THEIS, an individual;
TERESA ANN TIMONS ADAMS, an
23 individual;
E. SCOTT TINDER, an individual;
24 MICHAEL E. TOMREN, an individual;
M. BRET UMEK, an individual;
25 MARK A. UMEK, an individual;
STEPHAN J. VRTISKA, an individual;
26 SUSAN L. WALKER, an individual;
WALLA WALLA, an unknown entity;
27 LESLIE A. WALTER, an individual;
JERRY L. WARD, an individual;

28

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 8 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071

JEFF WATCHMAN, an individual;
CARL C. WEISNER, an individual;
MORRIS C. WEISNER, an individual;
JAMES J. WERNER, an individual;
DAVID R. WHITING, an individual;
DALE WHITNEY, an individual;
DEE D. WHITTIER, an individual;
EVELYN L. WIDHALM, an
individual;
MARK R. WILKERSON, an
individual;
RUSSELL L. WILKERSON, an
individual;
JACQUELINE H. WILKINSON, an
individual;
BETTY J. WISE, an individual;
LARRY WISEMAN, an individual;
ROBERT WOLFENBARGER, an
individual;
KEVIN M. WRIGHT, an individual;
LLOYD F. WRIGHT, an individual;
DAVID C. YODER, an individual;
KEVIN D. YUNGER, an individual,
and DOES 1 through 50, inclusive.

                    Defendants.

Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA

("National Union") and American International Specialty Lines Insurance

Company ("AISLIC") (jointly "Insurers" or "Plaintiffs") bring this action

for Interpleader and Declaratory Relief against Metropolitan Mortgage &

Securities Co., Inc., Summit Securities, Inc. (Debtors and Debtors-in-

Possession), Metropolitan Investment Securities, Inc. and Bruce R. Boyden

as its Chapter 7 Trustee in Case No. 04-00756 (collectively the "Debtors"),

various subsidiaries and affiliates of the Debtors (collectively the

"Subsidiaries"), the past and present directors and officers of the Debtors

and the Subsidiaries (collectively the "D&Os"), and the registered

representatives and other brokers that have sold Debtors' securities to

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 9 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101

investors (collectively the "Registered Reps"). National Union and AISLIC are separate insurance companies that for the purpose of judicial economy bring this joint interpleader action. Plaintiffs allege as follows upon personal knowledge as to their own acts and status and upon information and belief as to all other matters.

**I.**

**INTRODUCTION**

1. National Union and AISLIC seek to interplead the proceeds of two policies of insurance that were issued to Metropolitan Mortgage and Securities Co. Inc. as the Named Insured on the grounds that the Policies have been subjected to numerous conflicting and competitive claims, lawsuits, defense costs and other matters which greatly exceed the limited proceeds available under these self-liquidating policies. National Union seeks a declaration that the maximum Loss payable under the D&O Policy for all Claims is ten million dollars ($10,000,000.00) in the aggregate. National Union and AISLIC jointly seek a declaration that the combined Loss payable under both the D&O and E&O Policies is limited to fifteen million dollars ($15,000,000) pursuant to AISLIC Policy Endorsement No. 5. In addition, AISLIC seeks a declaration that pursuant to Policy Endorsements 6 and 7, the maximum limit of liability afforded under its E&O Policy for all Claims against the insured Registered Representatives is limited to two million dollars ($2,000,000.00) in the aggregate, which is part of and not in addition to the fifteen million dollar joint aggregate limit pursuant to Policy Endorsement No. 5. AISLIC contends that all of the claims made against the E&O Policy are subject to the two million dollar sub-limit of liability under Policy Endorsement Nos. 6 and 7. Although AISLIC is required to and has deposited with the Court the maximum five

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 10 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101-3071

million dollars potentially available under its Policy, AISLIC asserts that its maximum liability is two million dollars, net of paid legal fees and costs. Accordingly, AISLIC seeks return of three million dollars of that amount based upon the limitations of Endorsements 6 and 7.

## The Plaintiffs

2.  Plaintiff National Union Fire Insurance Company of Pittsburgh, PA is a Pennsylvania corporation with its principal place of business in New York.  National Union issued  Directors, Officers and Private Company Liability Insurance Policy No. 263-38-69 (the "D&O Policy") to Metropolitan Mortgage & Securities Co., Inc. for the Policy Period of March 18, 2003 to March 18, 2004.  The D&O Policy provides limits of liability of $10 million in the aggregate for all Loss combined (including Defense Costs), subject to a Retention of $250,000, for Loss arising from Claims for Securities Violations. Subject to various exclusions and limitations, the D&O Policy provides coverage for Claims alleging Wrongful Acts that are first made and reported against Metropolitan Mortgage & Securities Co., Inc., its subsidiaries and their officers and directors, during the Policy Period.

3.  Plaintiff American International Specialty Lines Insurance Company ("AISLIC") is an Alaska corporation with its principal place of business in New York.  AISLIC issued Financial Institutions Professional Liability Insurance Policy No. 281-42-69 (the "E&O Policy") to Metropolitan Mortgage & Securities Co., Inc. for the Policy Period of July 29, 2003 to July 29, 2004.  The E&O Policy provides limits of liability of $10 million in the aggregate for all Loss combined (including Defense Costs), subject to a Retention of $250,000 plus 25% Co-Insurance subject to a maximum of $250,000.  Policy Endorsement No. 5 limits the combined

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 11 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101

policy limits of the D&O Policy and the E&O Policy to $15,000,000 in the aggregate.

4. Subject to various terms, conditions, exclusions and limitations, the E&O Policy provides coverage for Claims alleging Wrongful Acts in the rendering or failure to render Professional Services, as defined in the Policy, that are first made and reported against Metropolitan Mortgage & Securities Co., Inc., its subsidiaries or their directors, officers and employees during the Policy Period. Pursuant to Policy Endorsement No. 6, the E&O Policy also extends coverage to individuals who are registered with the National Association of Securities Dealers, Inc. when engaged in the business of "rendering professional services" on behalf of Metropolitan Mortgage & Securities Co., Inc. Pursuant to Policy Endorsement No. 7, coverage is provided to Registered Representatives of the Insured with respect to specified professional services. Endorsement 7 provides that a $2 million aggregate sublimit and $500,000 Retention apply to coverage for Registered Representatives. A separate $2,500 Deductible applies to claims against individual Insureds under certain defined circumstances pursuant to Endorsement No. 6.

**The Corporate Insureds**

5. Upon information and belief, Defendant Metropolitan Mortgage & Securities Co., Inc. ("Metropolitan") is a Washington corporation located and doing business in Spokane County with its principal offices located at 601 West First Ave., Spokane, Washington. On February 4, 2004, Metropolitan filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Metropolitan continues to operate as a Debtor-in-Possession under sections 1107(a) and

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 12 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101-3071

1108 of the Bankruptcy Code. An Unsecured Creditor's Committee for Metropolitan was appointed by the U.S. Trustee on February 13, 2004.

6. Upon information and belief, Defendant Summit Securities, Inc. ("Summit") is an Idaho corporation located and doing business in Spokane County with its principal offices located at 601 West First Ave., Spokane, Washington. On February 4, 2004, Summit filed a voluntary petition for relief under Chapter 11 the Bankruptcy Code. Summit continues to operate as a Debtor-in-Possession under sections 1107(a) and 1108 of the Bankruptcy Code. An Unsecured Creditor's Committee for Summit was appointed by the U.S. Trustee on February 13, 2004.

7. Upon information and belief, Defendant Metropolitan Investment Securities, Inc. ("MIS") is a Washington corporation located in Spokane County with its principal offices located at 601 West First Ave., Spokane, Washington. MIS ceased operations on December 15, 2003. On February 4, 2004, MIS filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Bruce R. Boyden has been appointed as the Chapter 7 Trustee for MIS pursuant to 11 U.S.C. § 701.

8. Upon information and belief, Defendant Old Standard Life Insurance Company ("Old Standard") is an Idaho corporation with its principal place of business in Washington. As a subsidiary of Metropolitan, Old Standard has been named as a defendant in various lawsuits.

9. Upon information and belief, Defendant Western United Life Assurance Company ("Western United") is a Washington corporation with its principal place of business in Washington. As a subsidiary of Metropolitan, Western United has been named as a defendant in various lawsuits.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 13 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

10. Upon information and belief, Defendant Old West Annuity & Life Insurance Company ("Old West") is an Arizona corporation with its principal place of business in Washington. As a subsidiary of Metropolitan, Old West has been named as a defendant in various lawsuits.

11. Upon information and belief, Defendant Metwest Mortgage Services, Inc. ("Metwest") is a Washington corporation with its principal place of business in Washington. As a subsidiary of Metropolitan, Metwest has been named as a defendant in various lawsuits.

12. Upon information and belief, Defendant Jaguar Ventures, Inc. ("Jaguar") is an Idaho corporation with its principal place of business in Washington. As an affiliate of Metropolitan, Jaguar has been named as a defendant in numerous lawsuits.

### The Director & Officer Insureds

13. Upon information and belief, Defendant C. Paul Sandifur, Jr., is the former Chairman and Chief Executive Officer ("CEO") of Metropolitan, former Director of Metropolitan, and former President and Director of MIS. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

14. Upon information and belief, Defendant William A. Smith is the former Chief Financial Officer of Metropolitan and Summit and Summit's CEO. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

15. Upon information and belief, Defendant Reuel C. Swanson is the former Director and Secretary of Metropolitan, former Secretary, Treasurer and Director of MIS. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 14 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101

16. Upon information and belief, Defendant Irv Marcus is the former Chairman and CEO of Metropolitan. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

17. Upon information and belief, Defendant Harold W. Erfurth is a former Director of Metropolitan. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

18. Upon information and belief, Defendant Gary Brajcich is a former Director of Metropolitan. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

19. Upon information and belief, Defendant Samuel H. Smith is a former Director of Metropolitan and former director of MIS. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

20. Upon information and belief, Defendant John Trimble is a former Director of Metropolitan. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

21. Upon information and belief, Defendant William D. Snider is a former Director and former Chief Financial Officer of Metropolitan and a former Director of MIS. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

22. Upon information and belief, Defendant Robert A. Ness is the former Controller of Metropolitan and Summit. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

23. Upon information and belief, Defendant B. Elaine Hoskin is the former Vice-President of Metropolitan. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

24. Upon information and belief, Defendant Bruce Blohowiak is the former Chief Operating Officer, General Counsel and Director of

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 15 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101

Metropolitan. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

25. Upon information and belief, Defendant Steve Crooks is the former Controller of Metropolitan. Plaintiffs are informed and believe that Defendant is a resident of Washington State

26. Upon information and belief, Defendant Mike Kirk is a former Senior Vice-President of Metropolitan. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

27. Upon information and belief, Defendant Erik Skaggs is a former Vice-President of Metropolitan. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

28. Upon information and belief, Defendant Tom Turner is the former President of Summit. Plaintiffs are informed and believe that Defendant is a resident of Nevada.

29. Upon information and belief, Defendant Philip Sandifur is a former Director of Summit. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

30. Upon information and belief, Defendant Gregory Strate is a former Director of Summit. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

31. Upon information and belief, Defendant Robert K. Potter is a former Director of Summit. Plaintiffs are informed and believe that Defendant is a resident of Idaho.

32. Upon information and belief, Defendant James V. Hawkins is a former Director of Summit. Plaintiffs are informed and believe that Defendant is a resident of Idaho.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 16 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

33. Upon information and belief, Defendant Clayton Rudd is a former Director of Summit. Plaintiffs are informed and believe that Defendant is a resident of Idaho.

34. Upon information and belief, Defendant Ronald Pelligrino's is a former General Manager of MIS. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

35. Plaintiffs lack sufficient information at this time regarding Defendant Shelly Sandifur's title and the exact nature of her involvement with the Debtors. Plaintiffs are informed and believe that Defendant is a resident of Washington State.

36. Plaintiffs lack sufficient information at this time regarding Defendant Helen Sandifur's title and the exact nature of her involvement with the Debtors. Plaintiffs are informed and believe that Defendant is a resident of Washington State Plaintiffs are informed and believe that Defendant is a resident of Washington State.

## **The Registered Representative Insureds**

37. Defendant Diana Abken is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

38. Defendant Daniel Adams is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Walla Walla, Washington.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 17 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101

39. Defendant Teresa-Ann Timons Adams is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Walla Walla, Washington.

40. Defendant E. Glen Adkins is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Tucson, Arizona.

41. Defendant Advisory Associates RIA is a registered representative of MIS. In that capacity, it sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant does business in Salem, Oregon.

42. Defendant Dale V. Aguilar is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Brea, California.

43. Defendant Jeffrey C. Albers is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Tacoma, Washington.

44. Defendant Stephen F. Albers is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 18 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE

with sale of such securities.  Defendant is a resident of Tacoma, Washington.

45. Defendant Kent Althoff is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Billings, Montana.

46. Defendant Wilfrid Alvarez is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Port Orchard, Washington.

47. Defendant H. Dean Anderson is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Davenport, Washington.

48. Defendant Patti L. Anderson is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

49. Defendant Anthony R. Andre is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Oceanside, California.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 19 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101

50. Defendant Elizabeth Adams Armstrong is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Beaverton, Oregon.

51. Defendant Karen Arseneault is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

52. Defendant B. Todd Bailey is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Nampa, Idaho.

53. Defendant Rick Bailey is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Nampa, Idaho.

54. Defendant Charles C. Baker, Jr. is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Durham, North Carolina.

55. Defendant Michael J. Barnes is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 20 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101-3071

connection with sale of such securities.  Defendant is a resident of Portland, Oregon.

56. Defendant Bruce Barnett is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Portland, Oregon.

57. Defendant Robert Barnett is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Redmond, Oregon.

58. Defendant Corynne L. Beaudry is a registered representative of MIS.  In that capacity, he/she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Tacoma, Washington.

59. Defendant William G. Beckers is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Portland, Oregon.

60. Defendant Michael Behrman is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

61. Defendant Jim Bell is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 21 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

62. Defendant Robert M. Bierman is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Portland, Oregon.

63. Defendant Kelly D. Bird is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Mattawa, Washington.

64. Defendant Gary C. Blazek is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

65. Defendant Gerald L. Bliss is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Yakima, Washington.

66. Defendant Sydney K. Block is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 22 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

with sale of such securities.  Defendant is a resident of Laguna Hills, California.

67. Defendant Bartholomew J. Brady-Ciampa is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Ridgefield, Washington.

68. Defendant Marguerite J. Brady-Ciampa is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Ridgefield, Washington.

69. Defendant Kenneth L. Brensdal is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Helena, Montana.

70. Defendant Charles A. Brown, Jr. is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Davenport, Washington.

71. Defendant Martha A. Brown is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Tacoma, Washington.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 23 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

72. Defendant Ross E. Bruner is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Redmond, Washington.

73. Defendant Michael V. Burke is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

74. Defendant Timothy Martin Burke is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Veradale, Washington.

75. Defendant Scott Richard Burks is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Carlsbad, California.

76. Defendant Aaron Burns is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

77. Defendant James H. Burns is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 24 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Coeur D'Alene, Idaho.

78. Defendant Bruce Bushman is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

79. Defendant Anthony C. Byrd is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Carlsbad, California.

80. Defendant Richard D. Byrd is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Webb City, Montana.

81. Defendant David C. Carlson is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Bothell, Washington.

82. Defendant Shari Barnes Carlson is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 25 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

83. Defendant Joseph Carrano is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Lamesa, California.

84. Defendant Larry D. Carrell is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

85. Defendant Alan Carter is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

86. Defendant Samuel D. Castorena is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Veradale, Washington.

87. Defendant William "Marc" Charles is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of San Diego, California.

88. Defendant Trudie Christiansen is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 26 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON...

connection with sale of such securities. Defendant is a resident of Idaho Falls, Idaho.

89. Defendant Kevin D. Clegg is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Boise, Idaho.

90. Defendant Vern M. Clemenson is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

91. Defendant Nathan A. Cline is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Shelley, Idaho.

92. Defendant Randy L. Combest is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Shelley, Idaho.

93. Defendant Karen M. Connolly is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Shelton, Washington.

94. Defendant Scott T. Cordell is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 27 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101-3071

expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

95. Defendant Dane F. Cordsen is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

96. Defendant Susan B. Cordsen is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Scottsdale, Arizona.

97. Defendant Thomas C. Coulson is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Connell, Washington.

98. Defendant Holly Cowdell is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Alpine, Utah.

99. Defendant Kim L. Cowdell is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of St. George, Utah.

100.   Defendant Mark Cowdell is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 28 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Alpine, Utah.

101.   Defendant Michael Louise Culbertson is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

102.   Defendant Edward S. Davis is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of La Jolla, California.

103.   Defendant David L. Deffinbaugh is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Great Falls, Montana.

104.   Defendant Jeffrey Demott is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of San Diego, California.

105.   Defendant Michael Demott is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Missoula, Montana.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 29 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101

106.   Defendant Robert S. Dewitt is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Edgewood, Washington.

107.   Defendant Diane Edwards is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

108.   Defendant Sean M. Dooney is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Portland, Oregon.

109.   Defendant Kimball R. Doxey is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Salt Lake City, Utah.

110.   Defendant Arnita C. Dukes is a registered representative of MIS.  In that capacity, he/she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

111.   Defendant Janie L. Easter is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 30 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE

expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Olympia, Washington.

112. Defendants Edwards & Associates Financial Services Inc., and its principal officer, Allyn Edwards, are registered representatives of MIS. In that capacity, they sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant Edwards & Associates Financial Services Inc. is a resident of Washington State.

113. Defendant Allyn Edwards is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

114. Defendant Diane Marie Edwards is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

115. Defendant Rickey L. Everts is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

116. Defendant Brett F. Ewing is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 31 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Tallahassee, Florida.

117.     Defendant George F. Ewing is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Tallahassee, Florida.

118.     Defendant Mick L. Farrell is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Lewiston, Idaho.

119.     Defendant James J. Feist is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Tacoma, Washington.

120.     Defendant Daniel T. Fenley is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Costa Mesa, California.

121.     Defendant Charles Fischer is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Eugene, Oregon.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 32 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

122.   Defendant Terry L. Fleischman is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

123.   Defendant Joanne Flynn is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Billings, Montana.

124.   Defendant Mary Dee Foft is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Tustin, California.

125.   Defendant Geoffrey A. Fox is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Seattle, Washington.

126.   Defendant Kim Fries is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

127.   Defendant Douglas A. Fry is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 33 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE

connection with sale of such securities.  Defendant is a resident of Veradale, Washington.

128.    Defendant Angus J. Geyer is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Seattle, Washington.

129.    Defendant Craig Goodman is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

130.    Defendant Seth E. Grano is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

131.    Defendant Steven J. Graves is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Missoula, Montana.

132.    Defendant Dennis M. Green is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Lake Forest, California.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 34 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

133.    Defendant Stephanie D. Griffin is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of St. Louis, Missouri.

134.    Defendant Alan Casey Grim is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

135.    Defendant Harold Hakes is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Washington.

136.    Defendant Lawrence W. Hale is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

137.    Defendant John E. Hamilton is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Jacksonville, Florida.

138.    Defendant Dwight L. Hammack is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 35 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101

in connection with sale of such securities.  Defendant is a resident of Portland, Oregon.

139.  Defendant James F. Hansen is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Tacoma, Washington.

140.  Defendant Denton W. Hardee, Sr. is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Durham, North Carolina.

141.  Defendant Steve Haug is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Vancouver, Washington.

142.  Defendant Roger Heithaus is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Tucson, Arizona.

143.  Defendant Robin L. Helms is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Escondido, California.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 36 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

144.   Defendant David Owen Hess is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Bellingham, Washington.

145.   Defendant Colleen R. Hill is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Black Eagle, Montana.

146.   Defendant Steven H. Holmes is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Olympia, Washington.

147.   Defendant Barry Hoopes is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Pocatello, Idaho.

148.   Defendant Robert J. Hoover is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of West Linn, Oregon.

149.   Defendant Anthony Horpel is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 37 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE

connection with sale of such securities.  Defendant is a resident of Veradale, Washington.

150.    Defendant Lee M. Howe is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Oakland, California.

151.    Defendant Gary T. Hundeby is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of University, Washington.

152.    Defendant Judith Hundeby is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of University, Washington.

153.    Defendant William C. Hunt is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Olympia, Washington.

154.    Defendant James B. Hunter a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 38 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101-3071

155.   Defendants allege on information and belief that IMIS, IMIS ADMIN, and Institutional Sales Group are entities of an unknown form that are registered representative of MIS.  In that capacity, these entities sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Plaintiffs allege on information and belief that these entities do business in Spokane, Washington and are affiliated with Metropolitan.

156.   Defendant Emily G. Irish is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Missoula, Montana.

157.   Defendants Irving & Associates Insurance Services Inc., and its principals/employees, Robin Helms and Justin T. Irving, are registered representatives of MIS. In that capacity, they sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant Irving & Associates Insurance Services Inc. is a resident of California

158.   Defendant Justin T. Irving is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Lamesa, California.

159.   Defendant Bob A. Jackson is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Boise, Idaho.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 39 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

160.   Defendant Craig Jewett is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Salt Lake City, Utah.

161.   Defendant Clifford D. Johanning is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Las Vegas, Nevada.

162.   Defendant Edward H. John is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Tacoma, Washington.

163.   Defendant Donald R. Johnson is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of San Diego, California.

164.   Defendant Richard H. Kingsley is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Stayton, Oregon.

165.   Defendant Kevin Knapp is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 40 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101

with sale of such securities.  Defendant is a resident of Spokane, Washington.

166.    Defendant James B Konek is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of University, Washington.

167.    Defendants Kovack Securities Inc., and its principal/employee, Lori Masterson, are registered representatives of MIS. In that capacity, they sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant Kovack Securities Inc. is a resident of Washington state.

168.    Defendant Shayne D. Kuebler is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Hayden, Idaho.

169.    Defendant Christopher L. Landa is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Edmonds, Washington.

170.    Defendant William B. Laney, Jr. is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 41 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101

in connection with sale of such securities.  Defendant is a resident of Edmonds, Washington.

171.    Defendant Peter J. Laney is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Puyallup, Washington.

172.    Defendant Thomas L. Larson is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of La Jolla, California.

173.    Defendant William R. Latimer III is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of San Diego, California.

174.    Defendant Michael D. Laws is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

175.    Defendant James W. Lee, Jr. is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Portland, Oregon.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 42 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON MUTUAL TOWER

176.   Defendant Joseph Lee is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Lewiston, Idaho.

177.   Defendant G. Tad Lindsey is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Centerville, Utah.

178.   Defendant LLC Elite Investments is an entity of unknown form that is a registered representative of MIS.  In that capacity, it sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant does business in Greely, Colorado.

179.   Defendant Shannon Theresa Loughery is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of North Bend, Washington.

180.   Defendant Lorraine M. Lucas is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Veradale, Washington.

181.   Defendant Valerie Maciver is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 43 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON, WASHINGTON 98101

connection with sale of such securities. Defendant is a resident of Spokane, Washington.

182. Defendant Jeanette L. Mack is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

183. Defendant Edward V. Mangis is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Helena, Montana.

184. Defendant Jeffrey B. Marasso is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Bonita, California.

185. Defendant Jeanette Martin is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

186. Defendant Lori Masterson is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 44 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101

187.   Defendant Gail K. Matsushima is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of San Diego, California.

188.   Defendant Ronald H. Mayfield is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

189.   Defendant Ryan R. Moffatt is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Walnut Creek, California.

190.   Defendant Pamela S. McClenny is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Boise, Idaho.

191.   Defendant Jeff David Mcelroy is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Missoula, Montana.

192.   Defendant Jerry K. McFarlane is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed,

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 45 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON MUTUAL TOWER

or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

193. Defendant Alvin L. McGill is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Seattle, Washington.

194. Defendant Shawna M. Mckinney is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Yakima, Washington.

195. Defendant Michael H. McMillen is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of White Salmon, Washington.

196. Defendant Whitney L. McQueen is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Sandy, Utah.

197. Defendant Theodore R. Metoyer is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 46 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071

in connection with sale of such securities.  Defendant is a resident of Nine Mile Falls, Washington.

198.    Defendants Miller & Laws Associates LLC, and its principals/employees, Lamar Miller, Annette Miller, Michael Laws, and Chris Sullivan are registered representatives of MIS. In that capacity, they sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant Miller & Laws Associates LLC is a resident of Washington.

199.    Defendant Annette O. Miller is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

200.    Defendant Lamar J. Miller is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

201.    Defendant Muriel F. Miller is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Kent, Washington.

202.    Defendant Nathan M. Minzghor is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 47 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

05-80135-PCW    Doc 1    Filed 07/22/05    Entered 07/22/05 15:45:00    Pg 47 of 88

in connection with sale of such securities.  Defendant is a resident of Hayden Lake, Idaho.

203.    Defendant Michael Morris is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Portland, Oregon.

204.    Defendant Tyler J. Nagel is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Portland, Oregon.

205.    Defendant Richard Nail is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Hayden, Idaho.

206.    Defendant William G. Nixon is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Coeur D'Alene, Idaho.

207.    Defendant Charles F. Noel is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Mountlake, Washington.

208.    Defendant Maurice Nollette is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed,

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 48 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

209. Defendant James F. O'Connell is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

210. Defendant Kristine O'Connell is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

211. Defendants O'Hara Investment Services, P.C., and its principal/employee, David A. O'Hara, are registered representatives of MIS. In that capacity, they sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington

212. Defendant David A. O'Hara is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant O'Hara Investment Services, P.C. is a resident of Montana.

213. Defendant Dwight O'Hara is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 49 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

connection with sale of such securities. Defendant is a resident of Anaconda, Montana.

214. Defendant Toni-Jean M. O'Hara is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Missoula, Montana.

215. Defendant Alfred Olsen is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

216. Defendant Diana M. Ortiz is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Gig Harbor, Washington.

217. Defendants Oxford Financial Group Inc., and Kimball Doxey, its principal/employee, are registered representatives of MIS. In that capacity, they sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant Oxford Financial Group Inc. is a resident of Utah.

218. Defendants PJM & Associates Inc., and its principal officers, Patricia J. Sears-Million and William E. Sears are registered representatives of MIS. In that capacity, they sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 50 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

in connection with sale of such securities.  Defendant PJM & Associates Inc is a resident of Oregon.

219.    Defendants Pacific West Securities Inc., and its principals/employees, Daniel Adams, Suzanne Adams, Gordon Adams, and Elizabeth Adams Armstrong, are registered representatives of MIS. In that capacity, they sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant Pacific West Securities Inc. is a resident of Washington state.

220.    Defendant Laurie L. Page is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Billings, Montana.

221.    Defendant Thomas O. Park is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Yuma, Arizona.

222.    Defendant Bruce J. Patras is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Zephyr Cove, Nevada.

223.    Defendant John M. Pearson is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 51 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101-3071

connection with sale of such securities. Defendant is a resident of Hillsboro, Oregon.

224. Defendant Michele P. Pederson is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Helena, Montana.

225. Defendant Ronald N. Pellegrino is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

226. Defendant Patrick G. Peterson is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Federal Way, Washington.

227. Defendant Ryan S. Peterson is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Eugene, Oregon.

228. Defendant Charles J. Phelan is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Encinitas, California.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 52 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101-3071

229.   Defendant David Pidcock is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Lagrande, Oregon.

230.   Defendant Tony Pizelo is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Deer Park, Washington.

231.   Defendant Aaron V. Porter is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Hayden Lake, Idaho.

232.   Defendant K. Byron Porter is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Ogden, Utah.

233.   Defendant Mark G. Powers is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

234.   Defendant Paul D. Pratt is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 53 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Hayden Lake, Idaho.

235. Defendant Brent Price is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Tacoma, Washington.

236. Defendant Proactive Financial is a registered representative of MIS. In that capacity, it sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is an entity of unknown form doing business in Olympia, Washington.

237. Defendant Michael L. Proffitt is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

238. Defendant Christopher J. Racicot is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Helena, Montana.

239. Defendant Berthold Regar is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Missoula, Montana.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 54 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON MUTUAL TOWER

240. Defendant Alfred N. Rettenmier is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Lacey, Washington.

241. Defendant Marvin Ray Reynolds is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Inkom, Idaho.

242. Defendant Peter F. Reynolds is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Portland, Oregon.

243. Defendant Steven C. Riley is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Hermiston, Oregon.

244. Defendant Robert Schwartz is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Seattle, Washington.

245. Defendant Marilou Rowe is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 55 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE

expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Palm Desert, California.

246. Defendants Saccomanno Financial Services Inc., and its principals/employees, Mario Saccomanno, Randal Saccomanno, Ryan Saccomanno, and Ronald Saccomanno, are registered representatives of MIS. In that capacity, they sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant Saccomanno Financial Services Inc. is a resident of Washington.

247. Defendant Mario J. Saccomanno is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

248. Defendant Randal Saccomanno is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

249. Defendant Ronald Saccomanno is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

250. Defendant Ryan Saccomanno is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed,

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 56 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

251. Defendant Jagdish Kumar Saini is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Bay Point, California.

252. Defendant Gregory A. Sangster is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Stevensville, Montana.

253. Defendant Rafael F. Santiago is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Stayton, Las Vegas, Nevada.

254. Defendant Richard R. Sassara II is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Vashon, Washington.

255. Defendant Mark Sather is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 57 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

with sale of such securities.  Defendant is a resident of Spokane, Washington.

256.   Defendant Lee Scharenberg is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Coeur D'Alene, Idaho.

257.   Defendant David Schwartz is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

258.   Defendant James A. Schwarz is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Woodinville, Washington.

259.   Defendants Robert W. Schwarz and Financial Services Corporation are registered representatives of MIS.  In that capacity, they sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant Schwartz is a resident of Eastsound, Washington, and Defendant Financial Services Corporation does business in Seattle, Washington.

260.   Defendant William Sears is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 58 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101-3071

expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Portland, Oregon.

261. Defendant Patricia J. Sears-Million is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Portland, Oregon.

262. Defendant Steven L. Severson is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

263. Defendant Daniel D. Shea is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Irvine, California.

264. Defendant David Larry Smith is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Portland, Oregon.

265. Defendant Jennifer L. Smith is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 59 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

266. Defendant Diane L. Snyder is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

267. Defendant Dale Soutas is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Fresno, California.

268. Defendant Donna M. Steffens is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of O'Brien, Oregon.

269. Defendant Terry E. Stratton is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Missoula, Montana.

270. Defendant John Stringham is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Bountiful, Utah.

271. Defendant Christopher Sullivan is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 60 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

272.    Defendant John B. Sullivan is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Lewiston, Idaho.

273.    Defendant Reuel C. Swanson is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

274.    Defendant Calvin R. Tadema is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Brush Prairie, Washington.

275.    Defendant Rodney E. Taverna is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Oceanside, California.

276.    Defendant Richard Tavis is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Moscow, Idaho.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 61 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON (206) 340-1000

277.   Defendant Richard H. Taylor is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Polson, Montana.

278.   Defendant Paul C. Theile is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Las Vegas, Nevada.

279.   Defendant Joyce A. Theis is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Salem, Oregon.

280.   Defendant E. Scott Tinder is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

281.   Defendant Michael E. Tomren is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Walnut Creek, California.

282.   Defendant M. Bret Umek is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 62 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON MUTUAL TOWER

with sale of such securities.  Defendant is a resident of Escondido, California.

283.    Defendant Mark A. Umek is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Escondido, California.

284.    Defendant Stephen J. Vrtiska is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Hillsboro, Oregon.

285.    Defendant Susan L. Walker is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

286.    Plaintiffs are informed and believe that Defendant Walla Walla, an entity of unknown form, is an employer of defendants Daniel Adams, Suzanne Adams, Gordon Adams, and Elizabeth Adams Armstrong, who are registered representatives of MIS. In that capacity, they sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant Walla Walla has its principal place of business in Walla Walla, Washington.

287.    Defendant Leslie A. Walter is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed,

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 63 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of San Diego, California.

288. Defendant Jerry L. Ward is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

289. Defendant Jeff Watchman is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Olympia, Washington.

290. Defendant Carl C. Weisner is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Durham, North Carolina.

291. Defendant Morris C. Weisner is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Durham, North Carolina.

292. Defendant James J. Werner is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 64 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

connection with sale of such securities.  Defendant is a resident of Portland, Oregon.

293.    Defendant David R. Whiting is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Mesa, Arizona.

294.    Defendant Dale Whitney is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Vancouver, Washington.

295.    Defendant Dee D. Whittier is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Idaho Falls, Idaho.

296.    Defendant Evelyn L. Wichalm is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Missoula, Montana.

297.    Defendant Mark R. Wilkerson is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 65 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

298.   Defendant Russell L. Wilkerson is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Spokane, Washington.

299.   Defendant Jacqueline H. Wilkinson is a registered representative of MIS.  In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Beaverton, Oregon.

300.   Defendant Betty J. Wise is a registered representative of MIS. In that capacity, she sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Kalispell, Montana.

301.   Defendant Larry Wiseman is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Vancouver, Washington.

302.   Defendant Robert Wolfenbarger is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities.  Defendant is a resident of Pocatello, Idaho.

303.   Defendant Kevin M. Wright is a registered representative of MIS.  In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 66 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON THIRD AVENUE

connection with sale of such securities. Defendant is a resident of Seattle, Washington.

304. Defendant Lloyd F. Wright is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Spokane, Washington.

305. Defendant David C. Yoder is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Lagrande, Oregon.

306. Defendant Kevin Yunger is a registered representative of MIS. In that capacity, he sold securities to third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of such securities. Defendant is a resident of Sandpoint, Idaho.

### Doe Defendants

307. Plaintiffs do not know the true names of defendants sued herein as Does 1 through 50, inclusive, and therefore sues these defendants by such fictitious names. Upon information and belief Plaintiffs allege that each of the defendants sued herein as a Doe is a Corporate Insured or a past or present officer, director, employee and / or registered representative of one or more of the Corporate Insureds who seek benefits under the D&O Policy and / or the E&O Policy with respect to one or more of the underlying actions and/or claims by third parties that have claimed, or are expected to claim, damages as a result of acts and omissions in connection with sale of the securities of the Corporate Insureds. Plaintiffs are informed

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 67 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

and believe and thereon allege that there exists complete diversity between the Plaintiffs and each of the Doe defendants.

## II.

## JURISDICTION, VENUE & GENERAL ALLEGATIONS

308. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334(b), 157(a) and (c) in that this adversary proceeding is related to the Chapter 11 case commenced by Debtor. This adversary proceeding is not a core proceeding under 28 U.S.C. § 157. National Union and AISLIC respectfully decline to consent to the entry of final orders and judgment by the Bankruptcy Court. Further, National Union and AISLIC each reserve their respective rights to seek withdrawal of the reference of this adversary proceeding to the District Court pursuant to 28 U.S.C. § 157(d). Venue for this adversary proceeding is proper in this judicial district pursuant to 28 U.S.C § 1409(a).

309. To the extent that this action is based on statutory interpleader, subject matter jurisdiction exists because the amount in dispute exceeds the statutory $500 amount-in-dispute requirement and a minimum of two claimants have diverse citizenship in relation to one another within the meaning of 28 U.S.C. §§ 1335 and 1332.

310. Alternatively, to the extent that this action is based on FRCP 22 (applicable in adversary proceedings through FRBP 22), subject matter jurisdiction exists because (1) Plaintiffs are diverse from Defendants within the meaning of 28 U.S.C. § 1332 and (2) the policy proceeds at issue exceed $75,000.

## III.

## FACTUAL BACKGROUND

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 68 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON MUTUAL TOWER

311. On October 22, 2003, the National Association of Securities Dealers, Inc. ("NASD") and MIS entered into a "Letter of Acceptance, Waiver and Consent." The NASD asserted that MIS engaged in "fraudulent, deceptive and unethical practices relating to the sale of securities" issued by MMS and SSI during the period January 2001 through March 2003. The NASD also claimed that MIS had inadequate supervisory systems in place, which allowed the violations to go undetected. The NASD found that the MIS representatives were inexperienced and inadequately supervised; that they down-played important risk factors, including the fact that earnings were not sufficient to cover fixed charges, including debenture obligations and stock dividends; that the MMS and SSI proprietary products were high-risk, illiquid investments which were largely marketed as conservative investments to investors with low risk tolerance. A true and correct copy of the Letter of Acceptance is attached hereto as Exhibit C. As a result of the Letter of Acceptance, Waiver and Consent, MIS was censured, fined $500,000, agreed to make restitution of $2.8 million to certain investors and agreed to maintain an escrow account of $1 million for the benefit of additional investors.

312. The Letter of Acceptance, Waiver and Consent was publicly announced on November 3, 2003.

313. On November 3, 2003 Metropolitan and Summit announced temporary suspension of payments of monthly dividends on all series of their respective Preferred Stock. On December 12, 2003 MIS announced its intention to cease business. On December 19, 2003 the American Stock Exchange indefinitely suspended trading of Summit, Metropolitan and Western United Preferred Stock.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 69 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

314.  On January 20, 2004 Ernst & Young resigned as the independent auditors for MMS, SSI, Western United and other subsidiaries and withdrew its reports of all periods it had provided services from Fiscal Year ending 9/30/99 to 9/30/02 and each quarter for the nine months ended 6/30/03.

315.  Metropolitan and Summit filed for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on February 4, 2004. Separate Unsecured Creditors' Committees were appointed by the U.S. Trustee for the Metropolitan and Summit estates on February 13, 2003. On February 4, 2004 MIS filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Bruce R. Boyton was appointed Chapter 7 Trustee for MIS pursuant to 11 U.S.C. § 701.

# IV.

## THE COMPETING CLAIMS AGAINST THE PROCEEDS OF THE POLICIES

316.  The National Union Policy has been subjected to numerous conflicting and competitive claims, lawsuits, requests for reimbursement of defense costs and other matters which greatly exceed the limited proceeds available under this self-liquidating Policy.  Upon information and belief, the aggregate investment losses allegedly suffered by those who invested in the Corporate Insureds may exceed $600 million.

317.  The AISLIC Policy has been subjected to numerous conflicting and competitive claims, lawsuits, requests for reimbursement of defense costs and other matters which greatly exceed the limited proceeds available under this self-liquidating Policy.  Upon information and belief, the

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 70 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101

aggregate investment losses allegedly suffered by those who invested in the Corporate Insureds may exceed $600 million.

318.    In an effort to resolve the numerous lawsuits and claims against their respective insureds, Plaintiffs National Union and AISLIC have participated with their insureds and the representatives of the various claimants in an extended series of global mediation sessions under the auspices of the Hon. Edward Infante (Ret.). These negotiations, which extended over a period of approximately six months, failed to achieve a global resolution of the claims against the insureds under the National Union and AISLIC Policies, despite the best efforts of the Insurers, when certain of the claimants withdrew from the settlement process.

319.    The following lawsuits that include causes of action for, or related to alleged securities violations (collectively the "Securities Actions") have been filed against one or more of the Insureds under the National Union D&O and AISLIC E&O Policies:

a.      A putative class action, <u>Cauvel, et al. v. Metropolitan Investment Securities Co., Inc.</u>, Case No. CV-04-0025-FVS, was filed in the United States District Court for the Eastern District of Washington, on January 20, 2004 (hereinafter the "Cauvel Class Action"). The Complaint is entitled "Class Action Complaint For Violations of the Federal Securities Laws" and seeks the following relief against certain current and former directors and/or officers of the Debtors:  1) certification of the class period January 1, 2001 through December 15, 2003;  2) compensatory damages or, in the alternative, rescission;  3) pre-judgment and post-judgment interest as well as reasonable attorneys' fees, expert witness fees and other costs of litigation; and 4) extraordinary, equitable, declaratory and/or injunctive relief as permitted by law, equity and various federal statutory provisions

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 71 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101-3071

sued upon. On January 30, 2004, a First Amended Class Action Complaint For Violations of the Federal Securities Laws was filed in the Cauvel Class Action, naming additional defendants, including Ernst & Young, LLP.

b.     A putative class action, <u>Hall, et al. v. Metropolitan Mortgage & Securities Co., Inc., et al.</u>, Case No. CV-04-0028-RHW, was filed in the United States District Court for the Eastern District of Washington on January 20, 2004 (hereinafter the "Hall Class Action"). The Complaint is entitled "Class Action Complaint for (1) Violation of the Federal Securities Laws; (2) Violation of the Washington Securities Act; (3) Negligence; and (4) Unfair Business Practices" and seeks the following relief against Metropolitan and certain current and former directors and/or officers of Metropolitan:  1) recovery and restitution to Plaintiffs and other class members;  2) compensatory, exemplary, and statutory damages and interest thereon;  3) rescission or damages equivalent to rescission;  4) reasonable costs and expenses, including counsel and expert fees;  5) appointment of a receiver and creation of an equitable and/or constructive trust to preserve and administer Plaintiffs' and the putative class members' investments;  6) preservation of documents and electronic evidence for production in discovery; and  7) barring Defendants' future solicitation of investments from the public.

c.     A putative class action, <u>Baker, et al. v. Metropolitan Mortgage & Securities Co., Inc., et al.</u>, Case No. CV-04-00161-HU, was filed in the United States District Court for the District of Oregon on February 4, 2004 (hereinafter the "Baker Class Action"). The Complaint is entitled "Class Action Allegation Complaint -- Violation of Federal Securities Laws, State Securities Laws, Negligence, and Unfair Business Practice. The Baker Class Action seeks the following relief against the Debtors, certain current

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 72 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

and former directors and/or officers of the Debtors, and Ernst & Young LLP: 1) class action certification for the period March 1, 1999 through December 15, 2003; 2) compensatory damages or, in the alternative, rescission; 3) pre-judgment and post-judgment interest as well as reasonable attorneys' fees, expert witness fees and other costs of litigation; and 4) extraordinary, equitable, declaratory and/or injunctive relief as permitted by law, equity, federal statute, and any other appropriate state law remedies.

       d.     <u>Baker, et al. v. Metropolitan Mortgage & Securities Co., Inc., et al.</u>, Case No. 0312-13942, was filed in the Circuit Court of the State of Oregon for the County of Multnomah, on December 31, 2003 (the "Baker Action"). The Complaint is entitled "Complaint (Securities Violations; Negligence; Elder Abuse)" and seeks the following relief against PJM and Associates, Inc. ("PJM"), William E. Sears, P.J. Sears-Million, and certain current or former officers and directors of the Debtors: 1) money judgment of approximately $139,000 plus prejudgment interest to Antonia Baker; 2) money judgment of approximately $20,430 plus prejudgment interest to the Antonia M. Baker Revocable Living Trust; 3) money judgment of approximately $175,500 plus prejudgment interest to the Henry G. Baker Revocable Living Trust; and 4) reasonable attorneys' fees, costs and disbursements.

       e.     <u>Janet Oertli; Mary Cranston; Howard Goede and Carolyn Goede, husband and wife; Lee Campbell and Anna Campbell, husband and wife; Stephen Muto and Kadra Muto, husband and wife; Leland West and Lois West, husband and wife; Richard Ziehnert; and Delmar Becker, v. Theodore R. Meytoyer; C. Paul Sandifur, Jr.; Ron Pellegrino; Tom Turner; William D. Snider; and Robert A. Ness</u>, Superior Court, State of

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 73 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

Washington, County of Spokane No. 04204331-4 (the "Oertli Action"). The Oertli Actions alleges causes of action for Violation of the Washington Securities Law, RCW 21.20.430(1); Breach of Fiduciary Duty against all defendants; Breach of Fiduciary Duty against defendant Meytoyer; and Violation of the Washington Consumer Protection Act, RCW 19.86 et seq. against all defendants.

   f.    Esther Hall; Violet Meyers; Nora Woodridge; Mabel L. Meyers; Warren W. Meyers and Barbara C. Meyers, husband and wife; David Hunt and Donna Hunt, husband and wife; Timothy Meyers and Janelle Meyers, husband and wife; Dennis Ferguson and Sandra Ferguson, husband and wife; Diane Hall; Matthew Wolohan; Deanette Hall; Tamara Reddeman; John and Linda Olson, husband and wife, v. Theodore R. Meytoyer; C. Paul Sandifur, Jr.; Ron Pellegrino; Tom Turner; William D. Snider; and Robert A. Ness, Superior Court, State of Washington, County of Stevens, No. 2004479 (the "Hall Action"). The Hall Action alleges causes of action for Violation of the Washington Securities Law, RCW 21.20.430(1); Breach of Fiduciary Duty against all defendants; Breach of Fiduciary Duty against defendant Meytoyer; and Violation of the Washington Consumer Protection Act, RCW 19.86 et seq. against all defendants.

   g.    Vader v. Racicot, et al., Case No. CDV-2002-057, was filed in the Montana First Judicial Court, Lewis & Clark County, on January 17, 2002 (the "Vader Action"). The Complaint is entitled "Complaint and Jury Demand" and alleges causes of action for violation of the Montana Securities Act, negligent misrepresentation and constructive fraud, common law bad faith, and negligent and intentional infliction of emotional distress. The Complaint and Jury Demand seeks the following relief against broker

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 74 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101-3071

Christopher Racicot, investment advisory firms Asset Advisory Group, LLC and Hornor, Townsend & Kent, Inc., and Debtor MIS: 1) award for amount paid for securities, interest at 10% per annum from date of payment, costs and reasonable attorneys' fees, less the amount of any income received on securities; 2) compensatory damages; 3) punitive damages; and 4) costs and disbursements.

h.    Old Standard Life Insurance, et al. v. Hawaii Forest Preservation LLC, et al., Civil Case No. 01-1-2403-08 (Foreclosure), was commenced by Old Standard Life Insurance Company and Summit Securities, Inc. in the First Circuit Court of the State of Hawaii on August 7, 2002. The defendants have filed counterclaims against Old Standard Life Insurance Company, the Debtors, C. Paul Sandifur, and other third parties, and have alleged violations of securities laws.

i.    Metropolitan Mortgage & Securities Co., Inc., Debtor and Debtor-in-Possession and Summit Securities, Inc., Debtor and Debtor-in-Possession, have jointly submitted to the Plaintiffs a request for reimbursement under the D&O and E&O Policies of legal fees and costs in the amount of $3,139,347 which they assert were incurred in responding to certain regulatory subpoenas and investigation activities.

j.    The Trustee for the Metropolitan Investment Securities, Inc. Bankruptcy Estate has advised that the Estate will request reimbursement under the D&O and E&O Policies of legal fees and costs in an as yet undetermined amount which he asserts were incurred in responding to certain regulatory subpoenas and investigation activities.

k.    Andronikos, et al. v. PJM and Associates, William E. Sears, Patricia Jean Sears-Million and C. Paul Sandifur, Jr., NASD Dispute Resolution Arbitration No. 04- 01798, was filed on or about March 17,

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 75 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

2004. The Statement of Claim alleges claims for deceptive sales practices, violation of state securities laws, negligent misrepresentation, and other claims and seeks relief including statutory damages, return of commissions paid, pre and post-judgment interest, and punitive damages.

l. <u>Jane and Stanley Clauson, et al. v. Irving & Associates Financial Services, Robin L. Helms, Justin Irving, Metropolitan Investment Securities, Inc.</u>, NASD Dispute Resolution Arbitration No. 04-01052, was filed on or about February 11, 2004, for hearing in San Diego, California. The Statement of Claim alleges claims for negligence, breach of fiduciary duty, misrepresentation, lack of fair dealing and failure to supervise. The Statement seeks the following relief: 1) award in favor of Jane and Stanley Clauson, Trustees of the Clauson Family Trust of approximately $25,000; 2) award in favor of Donald F. Jones in the amount of approximately $102,000; 3) interest on the amount of general damages from date of loss as per proof; and 4) costs and reasonable attorney fees.

m. <u>Marie Ann and David Harold Shepard v. William Edward Sears, Patricia Jean Sears-Million, Cantwell Paul Sandifur, Jr. and Kovack Securities, Inc.</u>, NASD Dispute Resolution Arbitration No. 04-02447, was filed on or about April 7, 2004. The arbitration resulted in an award on or about December 13, 2004 in the amount of $14,494.31, plus interest at 9% per annum, plus attorneys' fees of $4,950.00 and filing fees of $425.00.

n. <u>Ronald Berning Roth IRA and Ginger Berning Roth IRA v. William Edward Sears, Patricia Jean Sear-Million, Cantwell Paul Sandifur, Jr. and Kovack Securities</u>, NASD Dispute Resolution Arbitration No. 04-02449.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 76 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

o.  **Michael B. Woodward & Secure Tomorrows, Inc. v. Steve Haug, Bart Brady-Cimpa & Metropolitan Investment Services, Inc.,** NASD Dispute Resolution Arbitration No. 04-01814.

p.  **Donald P. and Helen E. Pancoast Living Trust and the Donald P. Pancoast IRA v. Joyce Ann Theis,** NASD Securities Arbitration No. 04-00663. The claim was dismissed on or about November 17, 2004 following a settlement in the amount of $45,000 that was paid by insurers other than Plaintiffs herein. The Plaintiffs may face claims for contribution from those insurers.  Ms. Theis seeks reimbursement of legal fees and costs incurred in that proceeding from these Plaintiffs.

320.  NASD Disciplinary Proceeding No. C3B050012 entitled Department of Enforcement v. Ronald Pellegrino (CRD No. 832857), filed on or about May 11, 2005.  The NASD proceeding alleges "fraud and unsuitable recommendations" relating to the sale of securities issued by two companies affiliated with Metropolitan Investment Securities, Inc. ("MIS"): Metropolitan Mortgage and Securities, Inc. and Summit Securities, Inc. The NASD seeks the following remedies against Mr. Pellegrino: "an order imposing sanctions upon [Pellegrino] in accordance with NASD Rule 8310; an order imposing . . . costs of any proceedings . . . in accordance with NASD Rule 8330 and an order imposing any other fitting sanction." Additionally, the NASD seeks to obtain findings of facts that Mr. Pellegrino committed the securities violations as charged in the Complaint.

321.  In addition, the following non-securities related actions and claims, which specifically involve Employment Practices Claims, have been made under the AISLIC E&O Policy and /or the National Union D&O Policy:

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 77 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 88770 of 88

a. <u>Joanna Ellington v. Cantwell Paul Sandifur, Jr., Old Standard</u> <u>Life Insurance Company, Inc., Jaguar Ventures, Inc.,</u> Superior Court of the State of Washington at Spokane, Case No. 03-208144-7.

b. <u>Gregory Weed and Pamela Weed v. Cantwell Paul Sandifur,</u> <u>Jr. and Helen Sandifur, Metropolitan Mortgage & Securities Co., Inc.,</u> <u>Summit Securities, Inc., Old Standard Life Insurance Co., Inc.,</u> Superior Court of the State of Washington at Spokane, Case No. 03-2-08145-5.

c. <u>Thomas Masters v. Cantwell Paul Sandifur, Jr., Metropolitan</u> <u>Mortgage & Securities Co., Inc., Summit Property Development, Inc.,</u> Superior Court of the State of Washington at Spokane, Case No. 03-2-02184-3.

d. <u>Thomas Masters v. Cantwell Paul Sandifur, Jr., Old Standard</u> <u>Life Insurance Company, Inc., Western United Life Assurance Co.,</u> Inc., Superior Court of the State of Washington at Spokane, Case No. 04-2-02809-9.

e. <u>Cynthia MacGeagh v. Philip Sandifur and Shelly Sandifur,</u> <u>Cantwell Paul Sandifur, Jr. and Helen Sandifur, Metropolitan Mortgage &</u> <u>Securities Co., Inc., Summit Securities, Inc., Jaguar Ventures, Inc.,</u> Superior Court of the State of Washington at Spokane, Case No. 03-2-07989-2.

322. Legal fees and costs incurred to date in the defense of these various litigations approaches $2 million. Of that amount, National Union has paid $722,131.87 and AISLIC has paid $119,293.08. These payments directly reduce the available limits of liability under the respective Policies. As a consequence, the remaining liability limits under the National Union Policy have been reduced to nine million, two hundred seventy-seven thousand, eight hundred sixty-eight dollars and thirteen cents ($9,277,868.13) and the remaining liability limits under the AISLIC Policy,

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 78 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101

by operation of the "tie-in endorsement", Policy Endorsement No. 5, have been reduced to four million, eight hundred eighty thousand, seven hundred six dollars and ninety-two cents ($4,880,706.92).

323. In addition, the Plaintiffs have been put on notice of many additional claims and potential claims against the Insured Defendants that have not yet resulted in individual suits or NASD proceedings but which yet may ripen into formal proceedings against the Insured Defendants for which they may seek coverage under the Policies

## V.

## CLAIMS FOR RELIEF

### First Cause of Action

#### (Interpleader as Against All Defendants)

324. Plaintiffs hereby incorporate by this reference each and every allegation of the preceding paragraphs as though fully set forth herein.

325. As described more fully below, the Plaintiffs are insurance carriers who issued directors and officers and financial institutions professional liability insurance policies (collectively, the "Policies") under which the Metropolitan Defendants, certain of their Directors and Officers, and others have sought insurance coverage in connection with numerous claims, lawsuits and other matters pending in various federal and state courts for which there may or may not be insurance coverage under the Policies. The Insurers have been apprised of and/or have participated in certain discussions and have received letters and demands which have led them to reasonably believe that the various claims and demands made against the Insureds under the Policies will exhaust the total uneroded limits of liability of the Policies without providing for releases of liability for all potentially implicated Insureds in all of the pending claims. Furthermore,

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 79 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE

in the face of conflicting and competing demands for payments of defense costs as well as settlements, offers and opportunities, the Insurers are unable to determine which of their Insureds are entitled to the proceeds and limits of the Policies. The Insurers therefore bring this Interpleader (the "Interpleader Action") against all of the Insureds under the Policies. The Insurers stand neutral as to the Insureds with respect to the appropriate use of the limits of liability of the Policies.

326. The Insureds have submitted claims for coverage under the Policies for loss and reimbursement of defense costs incurred in connection with various claims. On information and belief, they include, but are not limited to, numerous class action and individual lawsuits, NASD arbitration claims, investigations by the Securities and Exchange Commission and other regulatory agencies and other claims and potential claims of which the Insurers have received notice but which have not yet proceeded to litigation (collectively, the "Underlying Litigations").

327. The Insurers have been advised of preliminary pretrial settlements and settlement demands for Claims against some, but not all, Insureds named in Underlying Litigations, which would require more than the remaining limits of liability of the Policies to fund.

328. In addition to the various proposed settlements and settlement demands about which the Insurers have been notified, the remaining, uneroded limits of liability are being exhausted through the payment of substantial, ongoing defense costs in the Underlying Litigations.

329. The Insurers do not have sufficient uneroded limits of liability remaining to fund all of the settlements about which they have received notice. Additionally, if the various settlements and settlement demands about which the Insurers have received notice were funded, even in part, the

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 80 -

SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

non-settling Insureds would be left uninsured for the defense costs and losses incurred by virtue of the other Underlying Litigations, potentially subjecting the Insurers to claims that the Policies' limits were improperly paid for the benefit of some insureds, but not others.

330.   Based upon communications among representatives of the Insurers and representatives of certain of the Defendants, Insurers, upon information and belief, allege that the demands for coverage under the Policies are in excess of the uneroded limits of liability of the Policies.

331.   Because of the conflicting and competing settlement demands, offers and opportunities; the demands for defense costs; and the total amount of the claims made against the Insureds which exceed the uneroded policy limits of the Policies, the Insurers (a) cannot reasonably determine which Insureds are entitled to what portion of the uneroded limits of liability of the Policies and (b) should not be compelled to run the risk of determining which Insureds should receive payment under the Policies for losses they allege to have sustained as a result of the Claims for which they seek coverage.

332.   The Insurers believe that payment to any one of the Insureds under the Policies will lead to multiple claims brought by other Insureds making a demand for payment of the remaining limits of liability of the Policies.  Thus, any attempt by the Insurers to make payments for any one of the claims, or to any one of the Insureds, is likely to lead to vexatious and multiple litigations.

333.   The Insurers will be subject to multiple or vexatious claims, inconsistent judgments, and will be prejudiced in the premises, and subjected to numerous suits, the outcome of which will not be properly

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 81 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

determinative of the manner in which the limited fund of the Insurers should be apportioned among the several claimants.

334.   The Insurers stand neutral as to the appropriate use of the Policies' limits of liability to resolve covered claims against the Insureds, and seek to be discharged from all obligations under or relating to the Policies.

335.   The Insurers hereby offer to deliver the uneroded limits of liability of the Policies to such person or persons as the Court may direct.

## SECOND CAUSE OF ACTION

### (Declaratory Relief as Against All Defendants)

336.   Plaintiffs hereby incorporate by this reference each and every allegation of the preceding paragraphs as though fully set forth herein.

### E&O Policy Disputes

337.   Actual controversies have arisen and now exist between AISLIC and Defendants relative to their respective rights and duties with respect to the availability of coverage for claims made against the Insureds under the E&O Policy.

338.   AISLIC Policy Endorsements 6 and 7 amend the definition of "Insured" to include certain registered representatives who perform professional services on behalf of Metropolitan to provide coverage for the registered representatives. Pursuant to Endorsements 6 and 7 the Aggregate Loss payable under the E&O Policy for all Claims involving an insured registered representative is two million dollars ($2,000,000).

339.   Endorsement No. 6 in the AISLIC Policy adds the following to the definition of "Insured":

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 82 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

(3) any individual who is registered with the National Association of Securities Dealers, Inc., including a registered principal, and who for compensation engages in the business of rendering professional services on behalf of Metropolitan Mortgage & Securities, Inc.

340. Endorsement No. 6 also amends the applicable deductible to "$2,500 Deductible each Wrongful Act or series of continuous, repeated or interrelated Wrongful Acts." This endorsement also includes the following language:

The Deductible shall apply to the individual Insureds when Claim is made against only one or more individual Insureds and not against any of the entity Insureds and the entity Insureds and their affiliates have not indemnified and are neither permitted nor required to indemnify the individual Insureds ...

Endorsement 7 provides that coverage afforded to the registered representative insureds pursuant to Endorsements 6 and 7 is limited to Two Million Dollars ($2,000,000) in the aggregate for all Loss, including Defense Costs.

### ENDORSEMENT # 7

This endorsement, effective 12:01 AM July 29, 2003 forms a part of policy number 281-42-69 issued to METROPOLITAN MORTGAGE & SECURITIES CO., INC.

by American International Specialty Lines Insurance Company

REGISTERED REP COVERAGE

In consideration of the premium charged, it is hereby understood and agreed that with respect to the coverage provided by this endorsement only, coverage is extended to the registered representatives of the Insured, including Metropolitan Investment Securities, Inc. and affiliated company of Metropolitan Mortgage &

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 83 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101-3071

Securities, (sic) Co., Inc. (per Endorsement #6 attached herein) for the following activities whether or not on behalf of Metropolitan Investment Securities, Inc.:

1.    licensed agent who are engaging in the purchase or sale of life, accident and health or disability insurance;

2.    providing brokerage services for Individual Retirement Accounts, Keogh Retirement Plans and employee benefit plans (other than multiple employer welfare arrangements);

3.    services performed as a registered investment advisor (on file with Metropolitan Mortgage and Securities Co, Inc.);

4.    recommendation of certificates of deposits regardless of whether or not for a fee or commission;

5.    sale of no load mutual funds and fixed annuities;

6.    referral services for Metropolitan Mortgage and Securities Co, Inc. customers to Investment Advisory Firms registered with the SEC per the approved list maintained by for Metropolitan Mortgage and Securities Co, Inc.

Furthermore, it is understood and agreed that with respect to the aforementioned endorsement, Items 3 and 4, LIMIT OF LIABILITY and RETENTION, of the DECLARATIONS are hereby amended to read as follows:

ITEM 3.          LIMIT OF LIABILITY:
$2,000,000          aggregate for all Loss

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 84 -

SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101-3071

(including Defense Costs)

ITEM 4.                    RETENTION AND
          COINSURANCE
                              (for Loss arising from Claims
                    alleging the same
                        Wrongful Act or related Wrongful
                    Acts)

Judgments, Settlements and Defense
Costs (non-Indemnifiable Loss)                         None

Judgments, Settlements and Defense Costs
    (Indemnifiable Loss):

      A.   $500,000        Retention Amount, plus 0%
      Coinsurance

                              Subject to a maximum of
      $500,000
      B.   $500,000        Retention Amount (no
      Coinsurance)

      ALL OTHER TERMS, CONDITIONS AND
      EXCLUSIONS REMAIN UNCHANGED.

341.   AISLIC requests a declaration from this Court that the

aggregate limit of liability under AISLIC Policy No. 281-42-69 for all Loss,

including Defense Costs, for all Claims involving an insured registered

representative is two million dollars ($2,000,000).

342.   AISLIC and National Union request a declaration that the

combined Loss payable under both Policies is limited to fifteen million

dollars ($15,000,000) pursuant to AISLIC Policy Endorsement No. 5,

which provides that "the combined Limit of Liability provided by this

policy and the Scheduled Policies [National Union D&O Policy No. 263-

38-69] shall not exceed $15,000,000." (Brackets added).

---

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 85 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

## PRAYER

WHEREFORE, Plaintiffs request that the Court enter judgment in their favor and against Defendants as follows:

### First Cause Of Action

1.      An order requiring all Defendants to interplead and litigate between themselves their rights to the proceeds of the Insurance Policies;

2.      A judgment discharging Plaintiffs from any liability to Defendants and future claimants;

3.      An order restraining Defendants from instituting or further prosecuting any other proceedings in any court affecting the rights and obligations as between the parties to the Insurance Policies until further notice of the Court;

4.      A judgment declaring that Plaintiffs are exonerated from any future claims upon deposit with the Court of the remaining policy proceeds in the amount of $14,158,575.05, consisting of $9,277,868.13 under the National Union D&O Policy and $4,880,706.92 under the AISLIC E&O Policy.

### Second Cause of Action

5.      A Declaration that the aggregate limit of liability under National Union Policy No. 263-38-69 for all Loss, including Defense Costs, for all Claims is ten million dollars ($10,000,000).

6.      A Declaration that the aggregate limit of liability under AISLIC Policy No. 281-42-69 for all Loss, including Defense Costs, for all Claims involving an insured registered representative is two million dollars ($2,000,000).

7.      A Declaration that AISLIC may recover three million dollars ($3,000,000.00) from the amount that it has deposited with the Court.

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 86 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON

8.   A Declaration that the maximum combined Loss payable under both National Union Policy No. 263-38-69 and AISLIC Policy No. 281-42-69 is limited to fifteen million dollars ($15,000,000) pursuant to AISLIC Policy Endorsement No. 5.

### As To All Causes of Action

9.   That Plaintiffs be awarded costs and reasonable attorney fees to be determined by the Court;

10.   For such other and further relief as the Court may deem just and proper.

DATED: July 22, 2005                    COZEN O'CONNOR


                                        *s/ Craig H. Bennion*
                                        Thomas M. Jones
                                        WSBA No. 13141
                                        Craig H. Bennion
                                        WSBA No. 11646
                                        Attorneys for Plaintiffs NATIONAL
                                        UNION FIRE INSURANCE
                                        COMPANY OF PITTSBURGH, PA.
                                        and AMERICAN INTERNATIONAL
                                        SPECIALTY LINES INSURANCE
                                        COMPANY

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 87 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE

## Certificate of Service

I hereby certify that on July 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing of the following **COMPLAINT BY NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. & AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY FOR INTERPLEADER AND FOR DECLARATORY RELIEF**.

_s/ Craig H. Bennion_
Craig H. Bennion, WSBA No. 11646
Attorneys for Plaintiffs NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY
Cozen O'Connor
1201 3rd Avenue Suite 5200
Seattle, WA  98101
(206) 340-1000
(206) 621-8783 fax
cbennion@cozen.com

COMPLAINT FOR INTERPLEADER
AND DECLARATORY RELIEF- 88 -
SEATTLE1\466813\1 159010.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
WASHINGTON 98101-3071